

**ORDERED in the Southern District of Florida on October 23, 2025.**

_____
**Corali Lopez-Castro, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 25-21237-CLC

In Re.:

CHAPTER  11

QUORE GEM MIRACLE LLC

    Debtor.
_____/

## AGREED ORDER ON CREDITOR'S MOTION
## FOR RELIEF FROM AUTOMATIC STAY

THIS CASE came before the Court upon the Motion for Relief from Automatic Stay (Dkt. No. 30) ("Motion") filed by Creditor/Landlord, Gables Miracle Mile, LLC ("Landlord"), and the Court having reviewed the Motion, been advised of the agreement of counsel for Landlord, counsel for Debtor, Quore Gem Miracle LLC, ("Tenant"), and the Subchapter V trustee, it is hereby **ORDERED**:

1.    The Motion is deferred until such time, if any, as Tenant fails to timely pay any and all post-petition amounts due and owing under the subject lease documents ("Lease Documents") between Landlord and Tenant as set forth in Paragraph 2 hereof.

2. The Tenant shall timely pay any and all post-petition amounts due and owing under the Lease Documents (excluding late fees resulting from a failure to pay pre-petition amounts due and owing under the Lease Documents), as such amounts become due and owing under the Lease Documents during the pendency of this action.

3. Should Tenant fail to timely pay any and all post-petition amounts due and owing under the Lease Documents as required by Paragraph 2 hereof, Landlord shall be entitled to file a notice and seek an expedited hearing regarding Tenant's default and Landlord shall be entitled to relief from the automatic stay should the Court find that payment was not made as required under the Lease Documents.

4. Tenant shall make any and all payments specified in Paragraph 2 to Landlord via wire transfer in accordance with the parties' pattern and practice to date under the Lease Documents unless instructed otherwise in writing by Landlord and/or Landlord's counsel.

# # #

**Submitted by:**
Ricardo A. Reyes, Esquire
TOBIN | REYES PLLC
225 N.E. Mizner Boulevard, Suite 510
Boca Raton, Florida 33432
Telephone: (561) 620-0656
Facsimile: (561) 620-0657
Email: rar@tobinreyes.com

Attorney Reyes is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.